**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**EVERETTE WEAVER,**

    **Plaintiff,**

v.                                                            Case No: 5:13-cv-108-Oc-22PRL

**DAVID R. ELLSPERMAN, ROBERT L.**
**BRENAN and MARCIA MORALES**
**HOWARD**

    **Defendants.**

## ORDER

Plaintiff asks the Court for a 30-day extension of time to serve Defendant, Mr. Robert L. Brenan because Plaintiff has been unable to locate Mr. Brenan. (Doc. 10). Pursuant to Rule 4(m), Fed. R. Civ. P., service of the summons and complaint must be made within 120 days after filing the complaint. However, the Court has discretion to extend the time for service. *See* Rule 4(m), Fed. R. Civ. P.; *Horenkamp v. Van Winkle and Co.*, 402 F.3d 1129, 1132-33 (11th Cir. 2005) (holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause). Upon due consideration, therefore, Plaintiff's request is **granted**. Plaintiff shall serve Mr. Brenan on or before **August 9, 2013.**

Plaintiff also asks the Court to direct the post office to give to Plaintiff a copy of Mr. Brenan's application for his post office box and a copy of his driver's license. (Doc. 10). Plaintiff, however, provides no legal support for the Court to enter such an order, and the Court is unwilling to do so. Accordingly, Plaintiff's request is **denied**.

Based on the foregoing, Plaintiff's Motion (Doc. 10) is **GRANTED IN PART and DENIED IN PART** as set forth herein.

**IT IS SO ORDERED**.

**DONE** and **ORDERED** in Ocala, Florida on July 11, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

    Unrepresented Parties
    Counsel of Record